UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re ) Case No. 05-30774-C-7
)
THEODORE DABROWSKI and ) MC No. JHK-1
BETTY DABROWSKI, )
)
      Debtors. )
_____)

**FINDINGS OF FACT AND CONCLUSIONS OF LAW
ON MOTION TO VACATE STAY**

    These findings of fact and conclusions of law are rendered in this contested matter pursuant to Federal Rule of Civil Procedure 52 as incorporated by Federal Rules of Bankruptcy Procedure 7052 and 9014.

<u>Jurisdiction</u>

    Jurisdiction is founded upon 28 U.S.C. § 1334. This is a core proceeding. 28 U.S.C. § 157(b)(2)(G).

<u>Findings of Fact</u>

    Debtors filed their voluntary chapter 7 petition on August 31, 2005. They scheduled a 2004 Dodge Grand Caravan ("the vehicle") as property of the estate. The vehicle was not

scheduled as exempt.

On September 21, 2005, AmeriCredit Financial Services, Inc. ("movant") filed a motion, notice, and declaration requesting that this court vacate the automatic stay to permit movant to repossess the vehicle. The Kelley Blue Book value of the vehicle is approximately $16,630. Movant holds a lien on the vehicle in the approximate amount of $23,628.35. The court is not aware of any other liens against the vehicle.

No opposition to the motion was filed. Upon review of the record, the court determined that the written record was adequate and that no oral argument is necessary.

## Conclusions of Law

The automatic stay of acts against the debtor *in personam* and of acts against property other than property of the estate continues until the earliest of the time when the bankruptcy case is closed, dismissed, or an individual in a chapter 7 case is granted a discharge. 11 U.S.C. § 362(c). However, the automatic stay may be terminated earlier if debtors fail to adequately protect the secured party's interest, § 362(d)(1), and, with respect to a stay of an act against property, the debtors do not have equity in the property, § 362(d)(2)(A), and the property is not necessary to an effective reorganization. § 362(d)(2).

Because there is no equity in the vehicle, the motion will be granted. Likewise, the motion is granted as to the chapter 7 trustee since the trustee did not file a timely opposition.

An appropriate order will issue.

Dated: October 27, 2005

_____
UNITED STATES BANKRUPTCY JUDGE

**CERTIFICATE OF SERVICE**

On the date indicated below, I served a true and correct copy(ies) of the attached document by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed and by depositing said envelope in the United States mail or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's Office.

Theodore Dabrowski
9116 W Park Drive
Elk Grove, CA 95624

Michael O'Neal
1565 River Park Drive #A
Sacramento, CA 95815

Susan Smith
7485 Rush River #710-PMB 218
Sacramento, CA 95831

AmeriCredit Financial Services, Inc
c/o Cooksey, Toolen, Gage, Duffy & Woog
535 Anton Boulevard, Tenth Floor
Costa Mesa, CA 92626-1977

Office of the United States Trustee
United States Courthouse
650 Capitol Mall; Room 7035
Sacramento, CA  95814

Dated: 11·3·05

_____
Deputy Clerk